# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

_____,
Inmate # 24957
Plaintiff/Petitioner,

vs.                                         CASE NO: 3:14cv253-LC/CJK

OCDOC,_____,
OKALOOSA COUNTY____,
COMMISIONERS ET. AL.
Defendant(s)/Respondent(s).

_____/

## MOTION TO PROCEED IN FORMA PAUPERIS

I, FRED SCHMIDT, plaintiff/petitioner in the above-entitled action, move to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 in the above-entitled action. I am unable to make full prepayment of fees or to give security therefore, and it is my belief that I am entitled to relief. I have not divested myself of any property, monies, or any items of value for the purpose of avoiding payment of said fees.

*Fred Schmidt*
Signature of Plaintiff/Petitioner

### AFFIDAVIT IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS
(THIS AFFIDAVIT MUST BE COMPLETED IN ITS ENTIRETY)

In support of this motion, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? Yes (✓)    No ( )

If yes, place of incarceration: O.C.D.O.C.

If not incarcerated, skip to Question #5.

2. Have you been incarcerated for *at least* six (6) months: Yes ( )  No (✗)

3. Have you been confined in the facility listed above (question #1) for the six months preceding the filing of this case?  Yes (✗)  No ( )

4. If not, where else have you been held: _____ when: _____ - _____

5. Are you presently employed?  Yes ( )  No (✗)

   a. If yes, amount of salary or wages: _____ Employer: _____
   b. If no, date of last employment: _____ Salary: 6/1/13

6. Have you received any money from any of the following sources within the past 12 months:

   a. Business, profession, or self-employment?  Yes ( )  No (✗)
   b. Payments from rent, interest, or dividends?  Yes ( )  No (✗)
   c. Pensions, annuities, or life insurance payments? Yes ( )  No (✗)
   d. Disability or worker's compensation payments?  Yes ( )  No (✗)
   e. Gifts, inheritances, or any other sources?  Yes ( )  No (✗)

7. Do you have any money in a checking or savings account?  Yes ( )  No (✗)

   If yes, state the total amount (including money in prison bank account): _____

8. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding ordinary household furnishings and clothing)?  Yes ( )  No (✗)

   If yes, describe the property and its approximate value: _____

9. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: _____

**I hereby declare under penalty of perjury that the above information is true and correct.**

_Fred Johns_     6/20/14
SIGNATURE OF PLAINTIFF     DATE

*- Attach Inmate Bank Account Printouts to this Motion -*

Revised 07/02

2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
__PENSACOLA DIVISION__ DIVISION

_____,
Inmate # __24957__.
Plaintiff/Petitioner

vs.                                          CASE NO: __3:14cv253/LC/CJK__

__OCDOC__,
__OKALOOSA COUNTY__,
__COMMISIONERS, et al.__,
Defendant(s)/Respondent(s).

_____/

## PRISONER CONSENT FORM AND FINANCIAL CERTIFICATE

I, __FRED SCHMIDT__, plaintiff/petitioner in the above-entitled action, understand that:

1. If I submit a petition for writ of habeas corpus in this court, the filing fee is $5.00. I must pay such fee if my current prison account balance, my average account balance, or the average of my monthly deposits is $25.00 or more. I must request an authorized official to complete the attached Financial Certificate and I must attach a print-out reflecting all transactions in my inmate bank account for the full six (6) month period of time preceding the filing of this complaint. [See paragraph 2(a)].

2. If I submit a civil rights complaint or other civil action, the filing fee is $350.00. If my current account balance is more than $400.00, I will not qualify for *in forma pauperis* status. I must pay the full $350.00 filing fee before the Court will consider the merits of my complaint. I must request an authorized official to complete the attached Financial Certificate and I must attach a print-out reflecting all transactions in my inmate bank account for the full six (6) month period of time preceding the filing of this complaint.

   (a) If I have not been incarcerated at my current institution for six months, I must obtain an account statement from each facility at which I have been confined during the relevant six month period of time. Failure to submit the required account statements may result in the denial of this *in forma pauperis* application.

   (b) Pursuant to the Prison Litigation Reform Act of 1995, 28 U.S.C. § 1915 (as amended), even if I am granted leave to proceed *in forma pauperis*, I must pay the entire $350.00 filing fee in full. I AM OBLIGATED TO PAY THE ENTIRE $350.00 FILING FEE REGARDLESS OF THE DISPOSITION OF THIS CASE (including dismissal).

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
___PENSACOLA DIVISION___ DIVISION**

FREDERICK J SCHMIDT,
Inmate # 24957.
Plaintiff/Petitioner

vs.

CASE NO: 3:14cv253/LC/CJK

OKALOOSA COUNTY,
BOARD OF COMMISSIONERS,
et al.,
Defendant(s)/Respondent(s).

_____/

## PRISONER CONSENT FORM AND FINANCIAL CERTIFICATE

I, Fred Schmidt, plaintiff/petitioner in the above-entitled action, understand that:

1. If I submit a petition for writ of habeas corpus in this court, the filing fee is $5.00. I must pay such fee if my current prison account balance, my average account balance, or the average of my monthly deposits is $25.00 or more. I must request an authorized official to complete the attached Financial Certificate and I must attach a print-out reflecting all transactions in my inmate bank account for the full six (6) month period of time preceding the filing of this complaint. [See paragraph 2(a)].

2. If I submit a civil rights complaint or other civil action, the filing fee is $350.00. If my current account balance is more than $400.00, I will not qualify for *in forma pauperis* status. I must pay the full $350.00 filing fee before the Court will consider the merits of my complaint. I must request an authorized official to complete the attached Financial Certificate and I must attach a print-out reflecting all transactions in my inmate bank account for the full six (6) month period of time preceding the filing of this complaint.

    (a) If I have not been incarcerated at my current institution for six months, I must obtain an account statement from each facility at which I have been confined during the relevant six month period of time. Failure to submit the required account statements may result in the denial of this *in forma pauperis* application.

    (b) Pursuant to the Prison Litigation Reform Act of 1995, 28 U.S.C. § 1915 (as amended), even if I am granted leave to proceed *in forma pauperis*, I must pay the entire $350.00 filing fee in full. I AM OBLIGATED TO PAY THE ENTIRE $350.00 FILING FEE REGARDLESS OF THE DISPOSITION OF THIS CASE (including dismissal).

(c) If I am allowed to proceed *in forma pauperis*, I may still be required to submit an initial partial filing fee. 28 U.S.C. § 1915(b)(1). My failure to submit an initial partial filing fee, if assessed, may result in the dismissal of this case and the inability to proceed *in forma pauperis* in the future.

(d) The officials at the institution at which I am presently confined or any institution to which I may be transferred are hereby authorized to make additional monthly payments from my account until the balance of the $350.00 filing fee is paid. These additional monthly payments will be up to 20% of all the preceding month's deposits in my account. Institution officials shall submit these monthly payments directly to the Court whenever the funds in my account exceed $10.00. I recognize my responsibility to alert officials at any institution to which I may be transferred in the future of my obligation to pay the full amount of the filing fee. I acknowledge that the Court may, from time to time, require me to provide additional financial records or account statements.

_____  6/04/14
**SIGNATURE OF PLAINTIFF**        **DATE**

FREDERICK J. SCHMIDT #24957
**PRINTED NAME OF PLAINTIFF**     **INMATE NUMBER**

** It is the inmate's responsibility to obtain the required print-out(s) from each institution at which he or she may have been confined during the preceding six months and provide them to the official completing this form.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### FINANCIAL CERTIFICATE

(To be complete by Authorized Penal Official)

A PRINTOUT OF ALL TRANSACTIONS IN THE INMATE'S
PRISON ACCOUNT FOR THE PRECEDING SIX (6) MONTHS **MUST** BE ATTACHED.

1. Current Account Balance:     — 316.71
2. Average Monthly Balance for preceding 6 months:     — 2.00
3. Average Monthly Deposits for preceding 6 months:     $40 one time
    since 5/1/14

I hereby certify that, as of this date, the above information for the prison account of the inmate named above is correct.

_____  6/19/14
**SIGNATURE OF AUTHORIZED OFFICIAL**   **DATE**

PLEASE COMPLETE THIS FORM IN INK, IN A COLOR OTHER THAN BLACK.

Revised 04/06

2

Fred Schmidt 241789
1200 James Lee Blvd.
Crestview, Fl. 32539

RETURN RECEIPT REQUESTED

United States District Court
Northern District of Florida
Pensacola Division
1 N. Palafox St.
Pensacola, Fl. 32502

3250256699

PENSACOLA FL 325
23 JUN 2014 PM 1 L

Okaloosa County DOC
Inmate Mail

FOREVER
USA
Bank Swa