UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

FREDERICK J. SCHMIDT,

    Plaintiff,

v.                                               Case No. 3:14cv253/LC/CJK

OKALOOSA COUNTY BOARD
OF COMMISSIONERS, et al.,

    Defendants.
_____/

ORDER TO SHOW CAUSE

On March 13, 2015, the court entered an order directing plaintiff to file, within thirty days, an amended civil rights complaint or a notice of voluntary dismissal. (Doc. 20).  To date, plaintiff has failed to comply.

Accordingly, it is ORDERED:

Plaintiff shall have **fourteen (14) days** from the date of this order to show cause why this case should not be dismissed for failure to comply with an order of the court.

DONE AND ORDERED this 17th day of April, 2015.

                        /s/ *Charles J. Kahn, Jr.*
                        **CHARLES J. KAHN, JR.**
                        **UNITED STATES MAGISTRATE JUDGE**